IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KAREN O'CONNER<br><br>v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC. AND AFFILIATES LONG-TERM DISABILITY PLAN | CIVIL ACTION<br><br>NO. 15-5051 |
|---|---|

**O R D E R**

**AND NOW**, this 20th day of May 2016, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Remand or, in the alternative, for Limited Discovery is **DENIED**.

BY THE COURT:

*/s/ Michael M. Baylson*

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 15\15-5051 O'conner v PNC Fin. Servs. Grp\Order re Remand and Discovery.docx