**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KAREN O'CONNER**<br><br>**v.**<br><br>**THE PNC FINANCIAL SERVICES GROUP, INC. AND AFFILIATES LONG-TERM DISABILITY PLAN** | **CIVIL ACTION**<br><br>**NO. 15-5051** |

## O R D E R

**AND NOW**, this  13th  day of November 2017, after review of the parties' cross-motions for summary judgment (ECF 34 and 35), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff Karen O'Conner's motion for summary judgment (ECF 34) is **DENIED** and Defendant PNC Financial Services Group, Inc. and Affiliates Long-Term Disability Plan's motion for summary judgment is **GRANTED**.

The Complaint is therefore **DISMISSED** with prejudice.

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-5051 O'conner v PNC Fin. Servs. Grp\Order re Cross Motions for Summary Judgment.docx